21 APRIL 2015

Twelfth Court of Appeals
1517 West Front Street
Suite 354
Tyler, TX 75702

FILED

4/21/2015

Twelfth Court of Appeals
Cathy Lusk
Clerk

**Re: Lee Vincent v. State**
      **12-15-00019-CR**


Ms. Lusk:

Attached, please find a copy of the letter sent to my client regarding the opinion issued by the Court and the right to file a PDR.

If there is anything else I need to do, please let me know.


                    Sincerely,


                    /s/ Austin Reeve Jackson

■ Complete items 1, 2, and 3. Also complete
 item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
 so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
 or on the front if space permits.

1. Article Addressed to:

Mr. Vincent

Gurney
1305 + M 3328
Palestine, TX 75800

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☑ Agent
                     ☐ Addressee

B. Received by *(Printed Name)*   C. Date of Delivery
                                   4/7/15

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

APR - 7 2015

3. Service Type
   ☑ Certified Mail®        ☐ Priority Mail Express™
   ☐ Registered             ☐ Return Receipt for Merchandise
   ☐ Insured Mail           ☐ Collect on Delivery

4. Restricted Delivery? *(Extra Fee)*            ☐ Yes

2. Article Number
   *(Transfer from service label)*
   7014 1820 0001 9098 8534

PS Form 3811, July 2013          Domestic Return Receipt

27 March 2015

Mr. Lee Vincent
Inmate: 01978797
Gurney Unit
1385 FM 3328
Palestine, TX 75803

**Re: Opinion**

Mr. Vincent

Please find enclosed a copy of opinion issued by the Twelfth Court of Appeals in your case. The Court has affirmed your conviction.

Should you desire to do so, you do have the right to file a *pro se* Petition for Discretionary Review in the Court of Criminal Appeals. If you decide to pursue that option you must file your petition prior to the expiration of thirty days from the date of the court's opinion. That is by, 24 April 2015.

I would be happy to address any questions or concerns you have if you will simply let me know.


Sincerely,

Austin Reeve Jackson